

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2024

No. 04-24-00067-CV

**IN THE INTEREST OF V.D.L.** and V.D.L., Children

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-01463
Honorable Monique Diaz, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. Appellant's motion for extension of time to file his brief is DENIED AS MOOT. The motion for sanctions filed by the children's attorney ad litem is DENIED. Costs of appeal are not assessed against appellant because he qualifies as indigent.

It is so **ORDERED** on March 27, 2024.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2024.

_____
Tommy Stolhandske, Clerk of Court